LAW OFFICE OF MATTHEW RAFAT
MATTHEW M. RAFAT, (Bar No. 221577)
P.O. Box 111351
Campbell, California 95011
Telephone: (408) 871-2899
Facsimile: (408) 295-3395

Attorney for Plaintiff Joe Ehteshami


SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA HULL (Bar No. 99802)
GAIL KAVANAGH (Bar No. 154705)
One Embarcadero Center, 16th Floor
San Francisco, California 94111-3628
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys For Defendant Motel 6 Operating LP


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

*E-FILED - 10/5/05*

| | |
|---|---|
| JOSEPH EHTESHAMI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOTEL 6 OPERATING LP,<br><br>    Defendant. | CASE NO. C-03 00450 RMW<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiff Joseph Ehteshami and defendant Motel 6 Operating LP, by and through their respective attorneys of record herein, that the parties have resolved this matter in its entirety.

IT IS THEREFORE FURTHER STIPULATED AND AGREED that this entire

///

///

1  action shall be DISMISSED with prejudice, each party to bear his or its own attorneys' fees and
2  costs.

3
4  DATED: 8/4, 2005        LAW OFFICE OF MATTHEW RAFAT
5
6                          By: _____
                                MATTHEW M. RAFAT
7                               Attorneys for Plaintiff
                                Joseph Eateshami
8
9  DATED: 8/1, 2005        SEDGWICK, DETERT, MORAN & ARNOLD LLP
10
11
12                         By: _____
                                GAIL E. KAVANAGH
13                              Attorneys for Defendant
                                Motel 6 Operating LP
14
15
                                    **ORDER**
16
17     In accordance with the stipulation of the parties herein, this ENTIRE ACTION is
   hereby DISMISSED WITH PREJUDICE, each party to bear his or its own attorneys' fees and
18
   costs.
19
   DATED: __10/5__, 2005        /S/ RONALD M. WHYTE
20                              JUDGE OF THE UNITED STATES DISTRICT COURT
21
22
23
24
25
26
27
28